# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-107-RJC-DCK

| | |
|---|---|
| DELLA SHATLEY; MISTY SHATLEY; and TIFFANY SHATLEY, Co-Administrators of the Estate of Dallas Arthur Shatley, <br><br> Plaintiffs, <br><br> v. <br><br> TERRY BUCHANAN, in his official capacity as Sheriff of Ashe County; JAMES WILLIAMS, in his official capacity as Sheriff of Ashe County; JOSHUA HOPKINS, individually and in his official capacity as a Deputy with the Ashe County Sheriff's Office; CHRISTOPHER ROTEN, individually and in his capacity as a Deputy with the Ashe County Sheriff's Office; and EMPLOYERS MUTUAL CASUALTY COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the record and the pleadings, the Court finds that issues in this matter have sufficiently joined, such that the parties should proceed with an Initial Attorney's Conference.

"Where a party files a motion to dismiss fewer than all the claims and files an Answer as to remaining claims, the Court in its discretion may consider the issues joined." Local Rule 16.1(d).

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an Initial Attorney's Conference pursuant to Fed.R.Civ.P. 26 and Local Rule 16.1, on or before **March 9, 2018**.

**SO ORDERED**.

Signed: February 22, 2018

David C. Keesler
United States Magistrate Judge