**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-107-RJC-DCK**

| | |
|---|---|
| DELLA SHATLEY; MISTY SHATLEY; )<br>and TIFFANY SHATLEY, Co-Administrators )<br>of the Estate of Dallas Arthur Shatley, )<br>  )<br>Plaintiffs, )<br>  )<br>   v. )<br>  )<br>TERRY BUCHANAN, in his official capacity )<br>as Sheriff of Ashe County; JAMES )<br>WILLIAMS, in his official capacity as Sheriff )<br>of Ashe County; JOSHUA HOPKINS, )<br>individually and in his official capacity as a )<br>Deputy with the Ashe County Sheriff's Office; )<br>CHRISTOPHER ROTEN, individually and in )<br>his capacity as a Deputy with the Ashe County )<br>Sheriff's Office; and EMPLOYERS MUTUAL )<br>CASUALTY COMPANY, )<br>  )<br>Defendants. )<br>  ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Substitute Party Defendant" (Document No. 34) filed August 15, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendants' counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion To Substitute Party Defendant" (Document No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that the case caption be amended so that Terry Buchanan is replaced by Jim Hartley in his official capacity as Sheriff of Ashe County.

**SO ORDERED**.

Signed: August 15, 2018

David C. Keesler
United States Magistrate Judge