**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-107-RJC-DCK**

| | |
|---|---|
| DELLA SHATLEY; MISTY SHATLEY; and TIFFANY SHATLEY, Co-Administrators of the Estate of Dallas Arthur Shatley, )<br><br>Plaintiffs, )<br><br>v. )<br><br>TERRY BUCHANAN, in his official capacity as Sheriff of Ashe County; JAMES WILLIAMS, in his official capacity as Sheriff of Ashe County; JOSHUA HOPKINS, individually and in his official capacity as a Deputy with the Ashe County Sheriff's Office; CHRISTOPHER ROTEN, individually and in his capacity as a Deputy with the Ashe County Sheriff's Office; and EMPLOYERS MUTUAL CASUALTY COMPANY, )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiffs' "Motion To Drop Party Plaintiff" (Document No. 38) filed August 20, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendants' counsel, the undersigned will grant the motion.

By the instant motion, Plaintiffs seek to remove Della Shatley as a party to this action pursuant to Fed.R.Civ.P. 21. See (Document Nos. 38 and 39). Plaintiffs note that the Clerk of Superior Court of Ashe County has recently removed Della Shatley as a Co-Administrator of the Estate of Dallas Arthur Shatley. Id.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' "Motion To Drop Party Plaintiff" (Document No. 38) is **GRANTED**.

**IT IS FURTHER ORDERED** that the case caption be amended so that the named Plaintiffs are Misty Shatley and Tiffany Shatley, Co-Administrators of the Estate of Dallas Arthur Shatley.

**SO ORDERED**.

Signed: August 20, 2018

David C. Keesler
United States Magistrate Judge