IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-107-RJC-DCK

| | |
|---|---|
| DELLA SHATLEY; MISTY SHATLEY; and TIFFANY SHATLEY, Co-Administrators of the Estate of Dallas Arthur Shatley, <br><br>Plaintiffs, <br><br>v. <br><br>JAMES WILLIAMS, in his official capacity as Sheriff of Ashe County; JOSHUA HOPKINS, individually and in his official capacity as a Deputy with the Ashe County Sheriff's Office; CHRISTOPHER ROTEN, individually and in his capacity as a Deputy with the Ashe County Sheriff's Office; JIM HARTLEY, in his official capacity as Sheriff of Ashe County; and EMPLOYERS MUTUAL CASUALTY COMPANY, <br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Frank Goldsmith, filed a "Report Of Mediator In Federal Court Action" (Document No. 49) notifying the Court that the parties reached a settlement on November 16, 2018. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **December 17, 2018**.

**SO ORDERED**.

Signed: November 16, 2018

David C. Keesler
United States Magistrate Judge